UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| ANDREW JOSEPH HAMBLIN | CIVIL ACTION NO. 04-1971-P |
|---|---|
| VERSUS | JUDGE HICKS |
| SGT. MAGGIO, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, and noting the lack of written objections filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the motion for preliminary injunction and/or temporary restraining order (Doc. 4) is **DENIED** as moot.

THUS DONE AND SIGNED at Shreveport, Louisiana, this _____ day of _____ 2005.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE