UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANDREW JOSEPH HAMBLIN | CIVIL ACTION NO. 04-1971-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BOSSIER SHERIFF CORRECTIONAL FACILITY, ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss and for Summary Judgment (Record Document 23) is **GRANTED** and all claims against Sgt. Kent Maggio are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that summary judgment is granted *sua sponte* in favor of all other named defendants and the complaint is **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 6th day of June, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE